UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| McRo, Inc., d.b.a. Planet Blue,<br><br>                Plaintiff,<br><br>   v.<br><br>Bandai Namco Games America, Inc., et al.<br><br>                Defendants.<br><br>Bandai Namco Games America, Inc., et al.,<br><br>                Counterclaim-Plaintiffs,<br><br>   v.<br><br>McRo, Inc., d.b.a. Planet Blue,<br><br>                Counterclaim-Defendants. | CASE No. 12-cv-10322-GW (FFMx)<br><br>**FINAL JUDGMENT**<br><br>Honorable George H. Wu<br><br>CONSOLIDATED WITH:<br>12-cv-10323-GW (FFMx)<br>12-cv-10326-GW (FFMx)<br>12-cv-10327-GW (FFMx)<br>12-cv-10329-GW (FFMx)<br>12-cv-10331-GW (FFMx)<br>12-cv-10333-GW (FFMx)<br>12-cv-10335-GW (FFMx)<br>12-cv-10337-GW (FFMx)<br>12-cv-10338-GW (FFMx)<br>12-cv-10341-GW (FFMx)<br>12-cv-10342-GW (FFMx)<br>13-cv-01870-GW (FFMx)<br>13-cv-01874-GW (FFMx)<br>14-cv-00332-GW (FFMx)<br>14-cv-00336-GW (FFMx)<br>14-cv-00352-GW (FFMx)<br>14-cv-00358-GW (FFMx)<br>14-cv-00383-GW (FFMx)<br>14-cv-00389-GW (FFMx)<br>14-cv-00417-GW (FFMx)<br>14-cv-00439-GW (FFMx) |

WHEREAS, Defendants' Motion for Judgment on the Pleadings Based on Unpatentability under 35 U.S.C. § 101 (the "Motion") was fully briefed and oral argument heard by the Court on September 18, 2014;

WHEREAS, the Court issued an order granting Defendants' Motion on September 22, 2014, holding that the asserted claims of U.S. Patent No. 6,307,576 (*i.e.* claims 1, 7, 8, 9, and 13 – collectively, "the Asserted Claims of U.S. Patent No. 6,307,576") and the asserted claims of U.S. Patent No. 6,611,278 (*i.e.* claims 1, 2, 3, 4, 6, 9, 13, 15, 16, and 17 – collectively, "the Asserted Claims of U.S. Patent No. 6,611,278") are invalid under 35 U.S.C. § 101;

WHEREAS, in light of the Court's Order granting Defendants' Motion, final judgment should be entered in favor of Defendants and against Plaintiff and Counterclaim-Defendant McRo, Inc., d.b.a. Planet Blue ("Plaintiff").

It is **ADJUDGED** that:

- The Asserted Claims of U.S. Patent No. 6,307,576 are found to be invalid based on unpatentability under 35 U.S.C. § 101.
- The Asserted Claims of U.S. Patent No. 6,611,278 are found to be invalid based on unpatentability under 35 U.S.C. § 101.

Accordingly, it is **ADJUDGED** that Plaintiff and Counterclaim-Defendant McRo, Inc., d.b.a. Planet Blue ("Plaintiff") takes nothing from Defendants and Counterclaim-Plaintiffs Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Capcom USA, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Warner Bros. Interactive Entertainment; LucasArts; Activision Publishing, Inc.; Blizzard Entertainment, Inc.; Infinity Ward, Inc.; Atlus U.S.A., Inc.; Konami Digital Entertainment, Inc.; Square Enix, Inc.; Obsidian Entertainment, Inc.; Naughty Dog, Inc.; Sony Computer Entertainment America LLC; Sucker Punch Productions LLC; Codemasters USA Group, Inc.;

Codemasters, Inc.; The Codemasters Software Company Limited; and Valve Corporation ("Defendants").

All remaining pending motions are **DENIED** as moot.

As Defendants are the prevailing parties in this action, Defendants' costs of court shall be taxed against Plaintiff.

Dated: October 31, 2014

Hon. George H. Wu,
United States District Judge